| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swain, Laura T. | US District Court - SDNY | 09/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Stret
Suite 1320
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Havens Relief Fund Society |
| 2. | Trustee | Trust No. 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Benjamin N. Cardozo Law School - Teaching | $17,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▓▓▓▓▓▓ - Salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of North Carolina Law School | 2/20-22/2015 | Chapel Hill, NC | Judge Moot Court Competition | Transportation, lodging, meals |
| 2. | NYU and Columbia Law Schools | 11/13-15/2015 | Manhasset, NY | Human Rights Law Seminar | Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  HSBC Bank - account | A | Interest | K | T | | | | | |
| 2.  Charles Schwab Rollover IRA | | | | | | | | | |
| 3.  - Dreyfus Appreciation Fund | | None | | | Sold | 01/08/15 | K | D | |
| 4.  - Wells Fargo Adv. Income Plus Fund | | None | | | Sold | 01/08/15 | K | B | |
| 5.  - Deutche Core Equity Fund | | None | | | Sold | 01/08/15 | J | | |
| 6.  - Newberger & Berman Socially Resp. Fund | | None | | | Sold | 01/08/15 | J | A | |
| 7.  - Neuberger & Berman Genesis Fund | | None | | | Sold | 01/08/15 | J | C | |
| 8.  - TCW Select Equities Fund | | None | | | Sold | 01/08/15 | J | A | |
| 9.  - Firsthand Technology Value Fund | | None | | | Sold | 01/08/15 | J | | |
| 10.  - Broadview Opportunity Fund | | None | | | Sold | 01/08/15 | K | C | |
| 11.  - Allianz RCM Global Technology Fund | | None | | | Sold | 01/08/15 | K | | |
| 12.  - GAMCO Growth Fund | | None | | | Sold | 01/08/15 | K | A | |
| 13.  - Managers Bond Fund | | None | | | Sold | 01/08/15 | K | D | |
| 14.  - Touchstone Cap Growth Fund | | None | | | Sold | 01/08/15 | J | | |
| 15.  - Schwab Cash Reserves Sweep Shares | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 16.  - " | | | | | Buy (add'l) | 01/12/15 | J | | |
| 17.  - " | | | | | Buy (add'l) | 08/26/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - " | | | | | Sold (part) | 04/14/15 | J | | |
| 19. - " | | | | | Sold (part) | 07/09/15 | J | | |
| 20. - " | | | | | Sold (part) | 12/22/15 | J | | |
| 21. - IShares TR Bond 3-7 Yr Treas Bond ETF (IEI) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 22. - " | | | | | Sold (part) | 11/25/15 | J | | |
| 23. - IShares IBOXX Investment Grade Corporate Bond ETF (LQD) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 24. -- ISharees Trust MBS ETF (MBB) | | None | | | Buy | 01/08/15 | K | | |
| 25. - " | | | | | Sold | 04/09/15 | K | A | |
| 26. - IShares TR Russell 1000 ETF (IWB) | A | Dividend | K | T | Buy | 01/08/15 | K | | |
| 27. - " | | | | | Buy (add'l) | 03/18/15 | J | | |
| 28. - " | | | | | Sold (part) | 02/04/15 | J | | |
| 29. - Sector SPDR Fincl SelectShares of Beneficial Int (XLF) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 30. - IShares China Large-Cap ETF (FXI) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 31. - SPDR Dow Jones REIT (RWR) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 32. - " | | | | | Buy (add'l) | 07/06/15 | J | | |
| 33. - IShares Trust MSCI EAFE Small-Cap ETF (SCZ) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 34. - IShares ETF Core MSCI Emerging Mkts (IEMG) | A | Dividend | J | T | Buy | 01/08/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - United St Commodity ETF Index Fund (USCI) | | None | | | Buy | 01/08/15 | J | | |
| 36. - " | | | | | Sold | 03/18/15 | J | | |
| 37. - IShares Tr MSCI EAFE ETF (EFA) | | None | | | Buy | 01/08/15 | K | | |
| 38. - " | | | | | Sold | 04/09/15 | K | C | |
| 39. - IShares Bond ETF Agency Bond (AGZ) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 40. - IShares Tr Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 41. - Highland IBOXX ETF Senior Loan (SNLN) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 42. - SPDR S&P Semiconductor (XSD) | | None | | | Buy | 01/08/15 | J | | |
| 43. - " | | | | | Sold | 03/18/15 | J | A | |
| 44. - Deustche X-Trackers ETF MSCI EAFE Hedged Equity (DBEF) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 45. - " | A | Distribution | | | Buy (add'l) | 04/09/15 | J | | |
| 46. - " | | | | | Sold (part) | 08/20/15 | J | A | |
| 47. - PIMCO ETF 0-5 YR High Yield Corp Bond Index Exchange (HYS) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 48. - Flexshares Exg Trd FD IBOXX 5 yr TGT Dur TIPS Index Fund (TDTF) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 49. - " | | | | | Buy (add'l) | 11/25/15 | J | | |
| 50. - SPDR Barclays ETF High Yld Very Liquid Index (JNK) | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 51. - IShares Russell Microcap ETF (IWC) | A | Dividend | J | T | Buy | 01/08/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Swain, Laura T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Sector SPDR Consumer FD Shares of Beneficial Int (XLY) | A | Dividend | J | T | Buy | 02/04/15 | J | | |
| 53. - Powershares DB Multi Sector Powershs DC Base Metals FD (DBB) | | None | | | Buy | 03/18/15 | J | | |
| 54. - " | | | | | Sold | 12/17/15 | J | | |
| 55. - Powershares DB Multisector Powershares DB Oil Fund (DBO) | | None | | | Buy | 03/18/15 | J | | |
| 56. - " | | | | | Sold | 12/17/15 | J | | |
| 57. - Powershares DB Multisector Powershares DB Agrric Fund (DBA) | | None | | | Buy | 03/18/15 | J | | |
| 58. - " | | | | | Sold | 12/17/15 | J | | |
| 59. - IShares Gold Trust (IAU) | | None | | | Buy | 03/18/15 | J | | |
| 60. - " | | | | | Sold | 12/17/15 | J | | |
| 61. - Vanguard Mtrg-Backd ETF Mortg-Backed Secs (VMBS) | A | Dividend | K | T | Buy | 04/09/15 | K | | |
| 62. - " | A | Distribution | | | | | | | |
| 63. - Vanguard FTSE ETF Dev Mkts (VEA) | A | Dividend | K | T | Buy | 04/09/15 | K | | |
| 64. - IShares MSCI ETF Minimum Volatility (USMV) | A | Dividend | | | Buy | 04/09/15 | J | | |
| 65. - " | | | | | Sold | 08/20/15 | J | A | |
| 66. - Powershares DB Optm Yld Dvrsfd Strtg ETF (PDBC) | | None | J | T | Buy | 12/17/15 | J | | |
| 67. ▓▓▓▓ Corporation 401(k) Plan | | | | | | | | | |
| 68. -Vanguard Mid-Cap Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Total Stock Mkt Index Fund | B | Dividend | K | T | | | | | |
| 70. -Anerican Funds Growth Fund | A | Dividend | J | T | | | | | |
| 71. - American Funds New Perspective | A | Dividend | J | T | | | | | |
| 72. - American Funds Bond Fund Am | A | Dividend | J | T | | | | | |
| 73. - Eagle Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 74. - JP Morgan Equity Income Fund | B | Dividend | K | T | | | | | |
| 75. - Neuberger Berman High Inc. Bond Fund | A | Dividend | K | T | | | | | |
| 76. - Voya Fixed Account | A | Interest | K | T | | | | | |
| 77. ▇▇▇ Corporation Profit Sharing Plan | | None | K | T | | | | | |
| 78. ▇▇▇ Employees Stock Ownership Plan | | None | K | T | | | | | |
| 79. Citibank interest bearing accounts | A | Interest | K | T | | | | | |
| 80. Citibank Rollover IRA | | | | | | | | | |
| 81. -FDIC insured deposits | A | Interest | J | T | | | | | |
| 82. -IShares TR Russell 1000 Value ETF (IWD) | B | Dividend | K | T | Buy (add'l) | 03/09/15 | J | | |
| 83. - " | | | | | Sold (part) | 12/07/15 | J | | |
| 84. -IShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | Buy (add'l) | 03/09/15 | J | | |
| 85. - " | | | | | Sold (part) | 10/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - " | | | | | Sold (part) | 12/07/15 | J | A | |
| 87. -IShares TR Russell 2000 Value ETF (IWN) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 88. -IShares TR Russell 2000 Growth ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 89. -SPDR SER TR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Sold (part) | 03/09/15 | J | A | |
| 90. - SPDR SER TR Barclays Intl Treas Bd ETF (BWX) | A | Dividend | | | Sold | 02/20/15 | J | | |
| 91. - " | A | Distribution | | | | | | | |
| 92. -Vanguard Bd Index Fd Inc Total Bd Market ETF (BND) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 93. - " | A | Distribution | | | Buy (add'l) | 05/05/15 | J | | |
| 94. - " | | | | | Buy (add'l) | 12/07/15 | J | | |
| 95. -Vanguard TaxManaged Intl Fd FTSE (VEA) | A | Dividend | K | T | Sold (part) | 02/20/15 | K | A | |
| 96. - " | | | | | Sold (part) | 03/09/15 | J | A | |
| 97. - " | | | | | Sold (part) | 05/05/15 | J | A | |
| 98. - " | | | | | Buy (add'l) | 10/05/15 | J | | |
| 99. -Vanguard Intl Equity Index Fds FTSE (VWO) | A | Dividend | J | T | Sold (part) | 05/05/15 | J | A | |
| 100. - " | | | | | Buy (add'l) | 10/05/15 | J | | |
| 101. - " | | | | | Sold (part) | 12/07/15 | J | A | |
| 102. Vanguard Charlotte Funds Total Intl Bd Index Fund ETF (BNDX) | A | Dividend | J | T | Buy | 02/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - " | | | | | Buy (add'l) | 03/09/15 | J | | |
| 104. - " | | | | | Buy (add'l) | 05/05/15 | J | | |
| 105. - " | | | | | Buy (add'l) | 12/07/15 | J | | |
| 106. - IShares Tr JP Morgan USD Emerging Mkts Bd ETF (EMB) (X) | A | Dividend | J | T | | | | | |
| 107. - Dreyfus Liquid Assets Cl 2 (Money Market) (X) | A | Interest | J | T | | | | | |
| 108. - Deutsche X-Trackers MCSI EAFE Hedged Equity ETF (DBEF) | A | Dividend | K | T | Buy | 02/20/15 | K | | |
| 109. - " | | | | | Sold (part) | 03/09/15 | J | A | |
| 110. - " | A | Distribution | | | | | | | |
| 111. Nationwide Bank CD | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 09/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Part I, line 2)  The Trust has no reportable assets.

(Part VII, line 77) The investments of this profit sharing plan are not participant-directed and the positions held by the plan are not reported in the statements issued to participants.

(Part VII, line 78) The investments of this ESOP, which was established in 2009, are not participant-directed.  The information reported is the most recent available information, which is as of 12/31/2014.

(Part VII, liine 106) All transactions in this security were under $1000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura T. Swain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544